## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on March 16, 2023**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : **Criminal No.   23-** |
| | : |
| | : **Grand Jury Original** |
| v. | : |
| | : **18 U.S.C. § 1956(a)(1)(B)(i)** |
| **FIROZ PATEL,** | : **(Laundering of Monetary Instruments)** |
| | : |
| **Defendant.** | : **18 U.S.C. § 1957(a) (Engaging in** |
| | : **Monetary Transactions in Property** |
| | : **Derived from Specified Unlawful Activity)** |
| | : |
| | : **Forfeiture:** |
| | : |
| | : **18 U.S.C. § 982(a)(1), 21 U.S.C. § 853(p).** |
| | : |
| | : **UNDER SEAL** |

### INDICTMENT

The Grand Jury charges that:

At times material to this Indictment:

### COUNT ONE

On or about April 27, 2021, beginning outside the jurisdiction of any particular State or

district and within the venue of the United States District Court for the District of Columbia,

defendant Firoz Patel did knowingly conduct and attempt to conduct a financial transaction

affecting interstate and foreign commerce, to wit, the movement of 450 Bitcoin, which involved

the proceeds of a specified unlawful activity, that is an offense under Title 18, United States

Code, Section 1960, relating to illegal money transmitters, and an offense under Title 18, United

States Code, Section 1343, relating to wire fraud, knowing that the transaction was designed in

whole and in part to conceal and disguise, the nature, location, source, ownership, and control of

1

the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

**Laundering of Monetary Instruments, in violation of Title 18 United States Code Sections 1956(a)(1)(B)(i).**

## COUNT TWO

On or about April 27, 2021, beginning outside the jurisdiction of any particular State or district and within the venue of the United States District Court for the District of Columbia, defendant Firoz Patel, did knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is, 450 Bitcoin, such property having been derived from a specified unlawful activity, that is, an offense under Title 18, United States Code, Section 1960, relating to illegal money transmitters, and an offense under Title 18, United States Code, Section 1343, relating to wire fraud.

**Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, in violation of Title 18, United States Codes, Sections 1957(a).**

## FORFEITURE ALLEGATION

1.      Upon conviction of either of the offenses alleged in Counts One and/or Two, the defendant shall forfeit to the United States any property, real or personal, involved in these offenses, and any property traceable to such property, pursuant to 18 U.S.C. § 982(a)(1).  The United States will seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, involved in Counts One and/or Two, and any property traceable to

such property.

2.      The grand jury finds by probable cause that the specific property subject to forfeiture includes 450 Bitcoin seized on or about January 11, 2022.

3.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property that cannot be divided without

        difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p)).**

A TRUE BILL

FOREPERSON

_Matthew M. Graves/jph_
Attorney of the United States in
and for the District of Columbia