UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.  23- |
| v. | |
| FIROZ PATEL, | |
| Defendant. | UNDER SEAL |

**GOVERNMENT'S MOTION TO SEAL THE CRIMINAL INDICTMENT AND OTHER PLEADINGS, RECORDS, PROCEEDINGS AND FILES, AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF THE FILING OF THIS MOTION TO SEAL AND ALL RELATED MATTERS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to place under seal the Criminal Indictment, as well as all other pleadings, records, proceedings and files in this case, including the instant Motion to Seal, and proposed order and Order, and delaying entry on the public docket of this Motion to Seal and all related matters. In support of this motion, government submits as follows:

On May 11, 2023, the Grand Jury returned an Indictment charging the following: The defendant Firoz Patel with Laundering of Monetary Instruments, in violation of 18 U.S.C. § 1956(a)(1)(B)(i) (Count One) and Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, in violation of 18 U.S.C. § 1957(a) (Count Two). As set forth in the Indictment, the defendant Firoz Patel did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the movement of 450 Bitcoin, which involved the proceeds of a specified unlawful activity, and the defendant Firoz Patel, did

knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is, 450 Bitcoin, such property having been derived from a specified unlawful activity.

The government believes sealing the documents and withholding them from the public docket is necessary to protect sensitive information, to ensure the defendant does not flee or destroy evidence, and to protect civilian witnesses.

Law enforcement believes that the defendant is not aware of the full extent of the government's investigation or that the government has uncovered certain of the facts underlying the allegations in the criminal investigation. The defendant also faces substantial penalties if convicted of the crimes with which the defendant is charged. Thus, the defendant has a significant incentive to flee, destroy evidence, or tamper with witnesses who have provided information in this case.

It is common practice for individuals associated with criminal organizations to check the Court's electronic filing system known as PACER or the public record in the Criminal Clerk's office to ascertain whether the government has filed any pleadings under seal. In this case, the defendant is a technologically savvy individual who operated a large-scale criminal enterprise on the internet. The defendant has also previously been indicted in another case and is likely familiar with and able to check court records and filings. Consequently, public notice of the filing of the sealed pleadings or proceedings, itself, is likely to compromise any ongoing criminal and grand jury investigation that would stem from this case.

Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the Criminal Indictment but also a delay in the public docketing of the filing of these sealed pleadings and the accompanying Order. *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991).

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the government respectfully requests that the Court grant this motion and enter the attached proposed order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ Arvind K. Lal
Arvind K. Lal, D.C. Bar No. 389496
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530
202-252-7688 (Lal)
202-252-7153 (Brown)
Arvind.Lal@usdoj.gov
Christopher.Brown6@usdoj.gov