UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FIROZ PATEL,<br><br>Defendant. | Case: 1:23-cr-00166<br>Assigned to: Judge Friedrich, Dabney L.<br>Assign Date: 5/11/2023<br>Description: INDICTMENT (B)<br><br>**UNDERSEAL** |

## ORDER

Based on the representations in the government's Motion to Seal the Criminal Indictment and other pleadings, records, proceedings and files and to delay entry on the public docket of the filing of this Motion to Seal, this Court makes the following:

## FINDINGS OF FACT

Public disclosure of the existence of the Indictment at this time might alert the above captioned defendant that they are wanted for criminal charges and this presents the risk that the defendant might attempt to destroy potentially incriminating evidence.

Based on the representations in the government's motion, *Washington Post v. Robinson,* 935 F.2d 282, 289 n. 10 (D.C. Cir. 1991), and this Court's findings of fact, this Court finds that there is a compelling governmental interest in sealing the Indictment and other pleadings, records, proceedings and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this 11th day of May, 2023, hereby,

**ORDERED** that this Order, the attached government Motion to Seal, the Indictment and other related pleadings, shall be filed under seal in the Criminal Clerk's office until further order of this Court;

Further **ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the government's Motion to Seal and the Order granting such motion, the Indictment and other pleadings filed under seal in this case until further order of this Court; and

It is further **ORDERED** that notwithstanding the other provisions of this ORDER, the government shall be permitted to disclose the Indictment and related materials in furtherance of its law enforcement needs and discovery obligations.

UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT. OF COLUMBIA

cc:   Arvind K. Lal
      Christopher B. Brown
      Assistant U.S. Attorneys
      601 D Street, N.W.
      Washington, D.C. 20530