AO 442 (Rev. 11/11) Arrest Warrant

8909969

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Firoz Patel

*Defendant*

)
)
)
)
)
)

Case: 1:23-mj-00087
Assigned To : Harvey, G. Michael
Assign. Date : 4/25/2023
Description: Complaint W/ Arrest Warrant

U.S. MARSHAL-DC PM 2:22
RECEIVED APR 25 '23

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Firoz Patel                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1956(a)(1)(B)(i)        Laundering of Monetary Instruments

18 U.S.C. § 1957(a)        Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity

Date:   04/25/2023

Digitally signed by
G. Michael Harvey
Date: 2023.04.25
12:06:03 -04'00'

*Issuing officer's signature*

City and state:   Washington, DC          G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/25/2023, and the person was arrested on *(date)* 5/17/2023
at *(city and state)*  DC  DC

Date: 5/17/2023

*Arresting officer's signature*

Trejo  DUSM
*Printed name and title*