UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**FIROZ PATEL,**<br><br>Defendant. | Criminal No. 23-CR-166 (DLF) |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned A. Jeff Ifrah files this notice of limited appearance as retained counsel on behalf of Defendant Firoz Patel for the limited purpose of representing Defendant at the forthcoming contested detention hearing scheduled for May 22, 2023.

Dated: May 19, 2023

Respectfully submitted,

*/s/ A. Jeff Ifrah*
A. Jeff Ifrah (Bar No. 456661)
Ifrah PLLC
1717 Pennsylvania Ave. NW, Ste. 650
Washington, D.C. 20006
(202) 524-4140