UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Criminal No. 23-CR-166 (DLF) |
| **FIROZ PATEL,** | |
| **Defendant.** | |

## MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to the Local Rules of this Court, Local Criminal Rule 44.1(c) as amended, the undersigned hereby moves this Court for an Order granting attorney Jacob F. Grubman admission to practice *pro hac vice* in this U.S. District Court for the District of Columbia for the purposes of appearing as counsel for Defendant Firoz Patel in the above-captioned matter. Mr. Grubman is a member in good standing of the Bar of the District of Columbia and is also a member in good standing of the Bar of the State of New York, and he has applied for admission to the Bar of this Court. Mr. Grubman's declaration in support of this motion and certificate of good standing in the District of Columbia are attached pursuant to Local Criminal Rule 44.1(c).

Dated: May 19, 2023

Respectfully submitted,

/s/ A. Jeff Ifrah
A. Jeff Ifrah (Bar No. 456661)
Ifrah PLLC
1717 Pennsylvania Ave. NW, Ste. 650
Washington, D.C. 20006
(202) 524-4140

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 19, 2023, I will electronically transmit the foregoing document to the Clerk of the Court using the CM/ECF system for filing, which will send a notification of such filing to all counsel of record.

Dated: May 19, 2023                                    Respectfully submitted,

                                                                     */s/ A. Jeff Ifrah*
                                                                     A. Jeff Ifrah