UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FIROZ PATEL,<br><br>Defendant. | Criminal No. 23-CR-166 (DLF) |

## DECLARATION OF JACOB F. GRUBMAN IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

I, Jacob Frederick Grubman, hereby declare:

1. I am an Associate at the firm Ifrah Law, with my office at 1717 Pennsylvania Ave. NW, Ste. 650, Washington, D.C. 20006. My office telephone number is (202) 524-4149.

2. I am licensed to practice law in the State of New York (where I was admitted in 2017) and in the District of Columbia (where I was admitted in 2018). I am also admitted to practice before the U.S. Court of Appeals for the Second Circuit.

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been disciplined by any bar.

4. I have never previously sought pro hac vice admission to this Court. My application for admission to the Bar of this Court is pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 19, 2023

Respectfully submitted,

Jacob F. Grubman
Ifrah Law
1717 Pennsylvania Ave. NW
Ste. 650
Washington, D.C. 20006
(202) 524-4149
jgrubman@ifrahlaw.com