UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**FIROZ PATEL,**<br><br>      **Defendant.** | Criminal No. 23-CR-166 (DLF) |

## PROPOSED ORDER

Upon consideration of the Motion to Admit Attorney Jacob F. Grubman Pro Hac Vice, it is hereby

**ORDERED** that the Motion is GRANTED, and

**ORDERED** that Mr. Grubman may provide representation for Defendant Firoz Patel after filing his Notice of Appearance in this case.

**SO ORDERED** on this ____ day of May, 2023.

_____
Honorable Robin M. Meriweather
District Magistrate Judge
U.S. District Court for the District of Columbia