UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**FIROZ PATEL,**<br><br>　　　　Defendant. | Criminal No. 23-CR-166 (DLF) |

### NOTICE OF APPEARANCE OF COUNSEL

The undersigned Jacob F. Grubman files this notice of limited appearance as retained counsel on behalf of Defendant Firoz Patel for the limited purpose of representing Defendant at the forthcoming contested detention hearing scheduled for May 22, 2023.

Dated: May 22, 2023　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jacob F. Grubman*
　　　　　　　　　　　　　　　　　　　　　　　Jacob F. Grubman (admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　　　　　Ifrah PLLC
　　　　　　　　　　　　　　　　　　　　　　　1717 Pennsylvania Ave. NW, Ste. 650
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　　　　(202) 524-4149