IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FIROZ PATEL,<br><br>Defendant. | Case No. 1:23-cr-00166-DLF |

UNOPPOSED MOTION TO CONTINUE AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Defendant Firoz Patel, by and through the undersigned counsel, respectfully moves this Court to continue the hearing for the ascertainment of counsel in the above-captioned matter, presently scheduled for June 1, 2023, until June 8, 2023, and to exclude the intervening period from calculation under the Speedy Trial Act.

ARGUMENT

Defendant is presently represented by counsel who have appeared for the limited purpose of representing Defendant in relation to pretrial detention proceedings. Accordingly, at the pretrial detention hearing on May 22, 2023, Magistrate Judge Robin Meriweather scheduled a hearing for the ascertainment of Defendant's counsel in later proceedings for 3:00 p.m. on June 1, 2023. *See* 5/22/23 Min. Entry. At the same hearing, Magistrate Judge Meriweather granted Defendant's conditional pretrial release, as embodied in a subsequent proposed order. ECF 19. That order was stayed on the Government's motion, and a stay remains in place following argument on the Government's appeal of the pretrial release order, which occurred on May 30, 2023. *See* 5/30/23 Min. Entry.

1

Given Defendant's and present defense counsel's focus on these ongoing pretrial detention matters, Defendant seeks an order continuing the ascertainment-of-counsel hearing presently scheduled for June 1, 2023, until June 8, 2023, and excluding the intervening period from calculation under the Speedy Trial Act. This continuance will allow Defendant and counsel additional time to resolve the pending matters and appropriately prepare for the ascertainment-of-counsel hearing. The parties have conferred regarding this matter, and the Government does not oppose this motion.

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court continue the ascertainment-of-counsel hearing and exclude the intervening period from calculation under the Speedy Trial Act.

Dated: May 31, 2023

Respectfully submitted,

*/s/ A. Jeff Ifrah*
A. Jeff Ifrah
Jacob Grubman (admitted *pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Ave. NW
Suite 650
Washington, D.C. 20006
Tel.: (202) 524-4140
Fax: (202) 524-4141
jeff@ifrahlaw.com
jgrubman@ifrahlaw.com

*Attorneys for Defendant Firoz Patel*