# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FIROZ PATEL,<br><br>*Defendant*. | No. 23-cr-166 (DLF) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Firoz Patel appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order of this Court entered in the above-captioned matter on May 31, 2023, Dkt. 22, granting the Government's Motion for Revocation of the Order of the Magistrate Judge to Release Defendant, Firoz Patel, Dkt. 18.

Dated: May 31, 2023

                                                              Respectfully submitted,

                                                              */s/ A. Jeff Ifrah*
                                                              A. Jeff Ifrah
                                                              IFRAH, PLLC
                                                              1717 Pennsylvania Avenue, NW
                                                              Suite 650
                                                              Washington, DC 20006
                                                              (202) 524-4142
                                                              Fax: (202) 524-4141
                                                              Email: jeff@ifrahlaw.com

*/s/ Jacob Grubman*
Jacob Frederick Grubman
IFRAH LAW PLLC
1717 Pennsylvania Ave. NW
Suite 650
Washington, DC 20006
224-355-7773
Fax: 202-524-4141
Email: jgrubman@ifrahlaw.com

## Certificate of Service

I certify that on May 31, 2023, I served the foregoing Notice of Appeal on counsel of record via the Court's electronic filing system.

Dated: May 31, 2023                                  Respectfully submitted,

                                                    /s/ A. Jeff Ifrah
                                                    A. Jeff Ifrah