**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FIROZ PATEL,<br><br>   *Defendant*. | No. 23-cr-166 (DLF) |

**[proposed] ORDER**

Having found that there is good cause to conclude that two cases currently before the District Court for the District of Columbia (1) *United States v. Firoz Patel*, No. 23-cr-166 (D.D.C.) and (2) *United States v. MH Pillars Ltd. et al.*, No. 1:18-cr-00053 (D.D.C.) are related cases, as defined by Local Rule 57.12, it is hereby:

 ORDERED, that Defendant's Motion to Transfer is GRANTED; and it is further

 ORDERED that the above-captioned case be transferred to the Calendar Committee for reassignment to Judge Randolph Moss.

IT IS SO ORDERED.

Dated this____ day of July 2023.

                  _____
                  Judge Dabney L. Friedrich
                  United States District Court Judge