UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FIROZ PATEL,<br><br>    *Defendant*. | No. 23-cr-166 (DLF) |

**UNOPPOSED MOTION TO CONTINUE AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Defendant Firoz Patel, by and through the undersigned counsel, respectfully moves this Court to continue the hearing for the ascertainment of counsel in the above-captioned matter, presently scheduled for August 3, 2023, until September 6, 2023, and to exclude the intervening period from calculation under the Speedy Trial Act.

**ARGUMENT**

Defendant is presently represented by counsel who have appeared for the limited purpose of representing Defendant in relation to pretrial detention proceedings. Accordingly, at the pretrial detention hearing on May 22, 2023, Magistrate Judge Robin Meriweather scheduled a hearing for the ascertainment of Defendant's counsel in later proceedings for 3:00 p.m. on June 1, 2023. *See* 5/22/23 Min. Entry. At the same hearing, Magistrate Judge Meriweather granted Defendant's conditional pretrial release, as embodied in a subsequent proposed order. ECF 19. That order was stayed on the Government's motion, and the Government subsequently sought review of the conditional release order. On May 31, 2023, following briefing and oral argument, District Judge Dabney L. Friedrich ordered Defendant's pretrial detention. ECF 22. On the same day, Defendant filed a notice of appeal of the Court's pretrial detention order. ECF 24; *see also United States v.*

1

*Patel*, No. 23-3082 (D.C. Cir.). On June 5, 2023, the Court of Appeals issued a scheduling order, and the parties completed briefing on July 11, 2023. As of August 2, 2023, the appeal is still pending before the Circuit Court.

Given that Defendant's appeal is still pending before the Circuit Court, Defendant seeks an order continuing the ascertainment-of-counsel hearing presently scheduled for August 3, 2023, until September 6, 2023, and excluding the intervening period from calculation under the Speedy Trial Act. This continuance will allow for resolution of Defendant's appeal and permit Defendant and counsel to resolve the matter of Defendant's counsel for the later stages of this case. The parties have conferred regarding this matter, and the Government does not oppose this motion.

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court continue the ascertainment-of-counsel hearing and exclude the intervening period from calculation under the Speedy Trial Act.

Dated: August 2, 2023

Respectfully submitted,
*/s/ A. Jeff Ifrah*
A. Jeff Ifrah
Jacob Grubman (admitted *pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Ave. NW
Suite 650
Washington, D.C. 20006
Tel.: (202) 524-4140
Fax: (202) 524-4141
jeff@ifrahlaw.com
jgrubman@ifrahlaw.com
*Attorneys for Defendant Firoz Patel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August 2023, I filed the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of such filing to counsel of record in this matter.

Dated: August 2, 2023                                                      */s/ A. Jeff Ifrah*
                                                                                            A. Jeff Ifrah