# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FIROZ PATEL,<br><br>*Defendant*. | No. 23-cr-166 (DLF) |

## ORDER

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the hearing for the ascertainment of counsel, currently scheduled on August 3, 2023, be continued for good cause to September 11, 2023, at 1:00 PM before United States Magistrate Judge Robin M. Meriweather; and it is

**FURTHER ORDERED** that the time between August 3, 2023, and September 11, 2023, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will enable defendant and present counsel to complete the pending appeal concerning pretrial detention and subsequently resolve the matter of defendant's representation for later stages of the case.

_____
THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE