UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
|         **Plaintiff,** | ) |
| v. | ) Criminal No. 23-CR-166 (DLF) |
| **Firoz Patel,** | ) |
|         **Defendant.** | ) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of undersigned counsel, Jeff Ifrah, as counsel for Defendant, Firoz Patel. On May 19th, 2023, Mr. Ifrah entered a limited appearance in this matter for the issue of Mr. Patel's pre-trial release. He is now entering an appearance in a permanent capacity for the duration of Mr. Patel's case before this Court.

Dated: September 5, 2023                               Respectfully submitted,

/s/ *Jeff Ifrah*
Jeff Ifrah
Ifrah Law PLLC
1717 Pennsylvania Ave, NW, Ste. 650
Washington DC, 20006
202-524-4142
jeff@ifrahlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2023, I filed the foregoing Notice of Appearance with the Court's electronic filing system, which will automatically provide notice to all counsel of record.

September 5, 2023                                                      Respectfully submitted,

/s/ *Jeff Ifrah*
Jeff Ifrah
Ifrah Law PLLC
1717 Pennsylvania Ave, NW, Ste. 650
Washington DC, 20006
202-524-4142
jeff@ifrahlaw.com