UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Criminal No. 23-CR-166 (DLF) |
| **Firoz Patel,** | ) ) ) |
| **Defendant.** | ) ) ) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of undersigned counsel, James Trusty, as counsel for Defendant, Firoz Patel.

Dated: September 5, 2023

Respectfully submitted,

/s/ *James M. Trusty*
James M. Trusty
Ifrah Law PLLC
1717 Pennsylvania Ave, NW, Ste. 650
Washington DC, 20006
202-524-4167
jtrusty@ifrahlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of September, 2023, I filed the foregoing Notice of Appearance with the Court's electronic filing system, which will automatically provide notice to all counsel of record.

| | |
|---|---|
| September 5, 2023 | Respectfully submitted, |
| | |
| | /s/ *James M. Trusty* |
| | James M. Trusty |
| | Ifrah Law PLLC |
| | 1717 Pennsylvania Ave, NW, Ste. 650 |
| | Washington DC, 20006 |
| | 202-524-4167 |
| | jtrusty@ifrahlaw.com |