# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CRIMINAL NO. 23-cr-166 (DLF) |
| v. | : | |
| | : | |
| **FIROZ PATEL,** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              UNITED STATES ATTORNEY
                                              D.C. Bar No. 481052

BY:     */s/ Arvind K. Lal*
            Arvind K. Lal, D.C. Bar No. 389496
            Christopher B. Brown, D.C. Bar No. 1008763
            Assistant United States Attorney
            U.S. Attorney's Office for the District of Columbia
            555 4th Street, N.W.
            Washington, D.C. 20530
            (202) 252-7688 (Lal)
            (202) 252-7153 (Brown)
            Arvind.Lal@usdoj.gov
            Christopher.Brown6@usdoj.gov

Dated:   September 26, 2023