UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | : Criminal No. 23-cr-166 (DLF) |
| **FIROZ PATEL,** | : |
| **Defendant.** | : |

## ORDER

Having considered the Government's Motion for Exclusion of Time Under the Speedy Trial Act, and based on the record herein, it is this _____ day of November, 2023:

1. ORDERED that the Government's Motion is GRANTED; and it is

2. ORDERED that one hundred and eighty (180) days will be excluded from the Speedy Trial Act from the date this order is granted.

IT IS SO ORDERED.

_____
DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE