## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FIROZ PATEL,<br><br>    *Defendant*. | No. 23-cr-166 (DLF) |

## ORDER

Having considered the Government's Motion for Exclusion of Time Under the Speedy Trial Act and the Defendant's Response in Opposition, and based on the record herein, it is hereby ORDERED that the Government's Motion is **DENIED**.

IT IS SO ORDERED.

Dated: _____

 

_____
DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE